McGREGOR W. SCOTT
United States Attorney
ADA E. BOSQUE
Department of Justice
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (202) 514-0179

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEHAD M. GALAL,<br><br>     Plaintiff,<br><br>  v.<br><br>Shelby Harris, Supervisory Director Adjudications Officer, Naturalization Unit, US Dept. of Homeland Security, et al.,<br><br>     Defendants. | No. CV S-06-2122 GEB GGH<br><br>JOINT STIPULATION AND [PROPOSED] ORDER |

    This is an immigration case in which plaintiff alleges that defendants have delayed in the adjudication of plaintiff's Application for Naturalization, and seeks a *de novo* determination of that Application pursuant to 8 U.S.C. § 1447(b). The United States Citizenship and Immigration Services ("CIS") wishes to re-interview plaintiff, and plaintiff has agreed to be re-interviewed. Accordingly, the parties stipulate that the case be remanded with instructions to re-interview plaintiff within 30 days from the date of the order of remand.

    The parties further stipulate that CIS may also adjudicate the application within a reasonable time of the re-interview. Pursuant to this Court's December 11, 2006, order, a pretrial conference is scheduled for November 19, 2007. If CIS has adjudicated by November 19, 2007,

the parties will file a joint stipulation of dismissal.  If CIS has not adjudicated by the November 19, 2007, the parties may proceed with the pretrial conference.

                                                  Respectfully submitted,

Dated: September 19, 2007  
                                                  /s/ Ada E. Bosque  
                                                  Ada E. Bosque  
                                                  Department of Justice

Dated: September 19, 2007  
                                                  /s/ Douglas M. Lehrman  
                                                  Douglas M. Lehrman  
                                                  Counsel for Plaintiff

**[PROPOSED] ORDER**

In this action to address delay in the processing of plaintiff Gehad M. Galal's application for naturalization, the parties stipulate to a remand to the United States Citizenship and Immigration Service to re-interview plaintiff within 30 days. Based on the parties' stipulation and good cause, this Court:

1. REMANDS this matter to allow the United States Citizenship and Immigration Service to re-interview plaintiff within 30 days of this order and adjudicate the proceedings within a reasonable time thereafter; and

2. ORDERS the parties, no later than November 19, 2007, to file: (1) papers to dismiss this action in its entirety; or (2) appear for a pretrial conference and report on the status of adjudication by the United States Citizenship and Immigration Service.

IT IS SO ORDERED.

September 27, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge