McGREGOR W. SCOTT
United States Attorney
ADA E. BOSQUE
Department of Justice
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (202) 514-0179

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEHAD M. GALAL, ) | No. CV S-06-2122 GEB GGH |
| Plaintiff, ) | |
| v. ) | JOINT STIPULATION AND [PROPOSED] ORDER |
| Shelby Harris, Supervisory Director ) Adjudications Officer, Naturalization Unit, ) US Dept. of Homeland Security, et al., ) | |
| Defendants. ) | |

Pursuant to the Court's November 14, 2007 order, a status conference is scheduled for December 10, 2007. Because defendants' counsel is scheduled to argue *Jiang v. BCIS*, 06-4580, before the Court of Appeals for the Second Circuit, defendants respectfully request that the Court reschedule the conference to December 17, 2007. Plaintiff consents to this request.

Respectfully submitted,

Dated: November 20, 2007

/s/ Ada E. Bosque
Ada E. Bosque
Department of Justice

## [PROPOSED] ORDER

Having considered defendants' request, the status conference scheduled for December 10, 2007, is continued to December 17, 2007, commencing at 10:00 a.m.   FURTHER a joint status report shall be filed no later than December 3, 2007.

IT IS SO ORDERED.

Dated:  November 21, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge